160 A.3d 710

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TYKAIME CONOVER, DEFENDANT–PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003697–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.